THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* MARTÍNEZ, DEFENDANT AND APPELLANT.

Appeal from the District Court of Mayagüez.

No. 617.—Decided October 14, 1913.

APPEAL—NEW TRIAL—VERDICT CONTRARY TO EVIDENCE—TRANSCRIPT OF RECORD—STATEMENT OF THE CASE.—As a statement of the case has not been included in the transcript of the record, this court cannot inquire into the contention of the accused that the lower court erred in denying the motion for a new trial on the ground that the verdict was contrary to the evidence.

The facts are stated in the opinion.

The appellant did not appear.

*Mr. Charles E. Foote, fiscal,* for The People.

MR. JUSTICE DEL TORO delivered the opinion of the court.

This is an appeal from a judgment rendered by the District Court of Mayagüez sentencing the accused, Arsenio Martínez, who had been convicted of the crime of rape, to imprisonment in the penitentiary at hard labor for five years.

It appears from the transcript of the record that a motion for a new trial was made on the alleged ground that the verdict of the jury was contrary to the evidence, but as the evidence introduced at the trial has not been included in the transcript of the record, we have no basis upon which to consider the contention of the accused and to decide whether, in overruling the motion of the accused for a new trial, the district court committed a fundamental error requiring the reversal of the judgment appealed from.

And as from an examination of the other documents contained in the record of this appeal it does not appear that

any fundamental error has been committed, the judgment appealed from should be affirmed.

*Affirmed.*

Chief Justice Hernández and Justices Wolf and Aldrey concurred.

Mr. Justice MacLeary took no part in the decision of this case.